UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIRCRAFT ENGINE LEASE FINANCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>PLUS ULTRA LÍNEAS AÉREAS, S.A.,<br><br>Defendant. | Case No. 21-cv-01758 |

### [PROPOSED] ORDER STRIKING RETURN DATE

Plaintiff Aircraft Engine Lease Finance, Inc.'s motion to strike the return date for a Motion for Default Judgment currently set for May 24, 2021 at 9:00 a.m. pursuant to the Minute Entry dated Aril 27, 2021 in the above-captioned action is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the return date of May 24, 2021 is hereby stricken.

Dated: New York, New York
\_\_\_\_\_5/13\_\_\_\_, 2021

Honorable  Jed S. Rakoff
United States District Judge

1